UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

THOMAS MANUEL,

        Plaintiff,                     Case No. 2:21-cv-169

v.                                      Honorable Paul L. Maloney

WENDY JAMROS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: October 14, 2021                /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge